

# Summons
## Collection Information Statement

In the matter of  JOHN C. CRAVEN, JR., PO BOX 1551, GONZALES, TX 78629-1051
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 5 (25)
Periods:  Form 944 for the period ending December 31, 2007

**The Commissioner of Internal Revenue**

To:  JOHN C. CRAVEN, JR.
At:  4828 E HIGHWAY 90A, GONZALES, TX 78629-6925

You are hereby summoned and required to appear before MICHAEL L. HERVEY, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2012  To 12/31/2012

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.  433(A).

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

12309 NORTH MOPAC EXPWY SUITE 200, MS 5210 AUNW, AUSTIN  TX  78758-2594  (512) 339-5327

**Place and time for appearance:** At  12309 NORTH MOPAC EXPWY SUITE 200, MS 5210 AUNW, AUSTIN, TX 78758-2594

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  29th  day of  January , 2013  at  9:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  2nd   day of  January , 2013

MICHAEL L. HERVEY                                          REVENUE OFFICER
Signature of issuing officer                                  Title

Signature of approving officer *(if applicable)*              Title

"A"

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| 1-4-2013 | 3:55 pm CST |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Taped To Front Door of Residence

4828 US 90 ALT Gonzales, TX 78629

| Signature | Title |
|---|---|
| [signature] | R/O |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| [signature] | R/O |

Catalog No. 25000Q  Form **6637** (Rev. 10-2010)